■ WILLIAM BRUNNER, JR., Respondent, v ALFRED E. FLESSEL, Appellant, and JAMES W. SOBCYZK et al., Constituting the Committee on Vacancies, and PERRY CHAMBERS et al., Constituting the Board of Elections of the County of Niagara, Respondents. — Order unanimously reversed, without costs, and petition dismissed. Memorandum: Special Term erred in granting the petition to disqualify respondent from seeking the office of County Coroner, Second District, for the reason that his occupation was incompatible with the office sought.

There is no showing that respondent does not meet the constitutional or statutory qualifications of the office or that he is ineligible for any other reason (Election Law, § 6-122). The affidavits in the record do not provide a sufficient basis for holding that the Coroner's office and respondent's position as fireman are in fact incompatible. (Appeal from order of Supreme Court, Niagara County, Kuszynski, J. — Election Law, art 16.) Present — Hancock, Jr., J. P., Denman, Green, O'Donnell and Schnepp, JJ. (Decided Aug. 28, 1984.)

■ ADMIRAL AUTO LEASING, LTD., Appellant, v TRAVELERS INSURANCE COMPANY, Respondent. — Order unanimously affirmed, without costs, in accordance with the following memorandum: Special Term properly denied the relief requested in the petition since the material allegations of the petition are conclusory and are insufficient to state a cause of action. (Appeal from order of Supreme Court, Erie County, Gossel, J. — CPLR 5227.) Present — Hancock, Jr., J. P., Doerr, Boomer, Green and Moule, JJ.

■ NANCY L. DUEPPENGIESSER, Respondent, v ARNOLD K. DUEPPENGIESSER, Appellant. — Order unanimously affirmed, with costs (see *Cloutier v Cloutier,* 94 AD2d 974). (Appeal from order of Supreme Court, Livingston County, Davis, J. — temporary maintenance.) Present — Hancock, Jr., J. P., Doerr, Boomer, Green and Moule, JJ. (Order entered Sept. 4, 1984.)